UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HIDEAWAY-2, INC., )<br>HIDEAWAY RESTAURANT, INC., )<br>dba HIDEAWAY PIZZA )<br>)<br>    Defendant. )<br>) | Case No. 6:14-CV-341-RAW |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
### HIDEAWAY RESTAURANT, INC. dba HIDEAWAY PIZZA

**To:**   The Clerk of Court and all parties of record

Plaintiff Hawk Technology Systems, LLC hereby voluntarily dismisses Defendant Hideaway Restaurant, Inc. dba Hideaway Pizza from this action without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  September 11, 2014        **/s/ Gregory J. Myers**
                                  Gregory J. Myers, MN #287398
                                  LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                  100 Washington Avenue South, Suite 2200
                                  Minneapolis, MN 55401
                                  Telephone:  (612) 339-6900
                                  Fax:  (612) 339-0981
                                  gjmyers@locklaw.com

485954.1

**/s/ Venessa Bentwood-Donchin**
Venessa Bentwood- Donchin, OK #17575
Musser, Kouri, Bentwood & Grant
114 East Sheridan, Suite 102
Oklahoma City, Oklahoma 73104
(405) 840-4357
(405) 235-3425 (fax)
venessa@musserandkourilaw.com
**ATTORNEYS FOR PLAINTIFF HAWK TECHNOLOGY SYSTEMS, LLC.**

485954.1